# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>America ALCALA,<br><br>　　　　　　Defendant. | Case No.: **20-MJ-2436**<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. §§ 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about June 22, 2020, within the Southern District of California, America ALCALA, did knowingly and intentionally import 500 grams and more, to wit: approximately 12.20 kilograms (26.84 pounds), of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Special Agent ROBERT SANCHEZ
　　　　　　　　　　　　　　　　　　　　Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1. this 23rd of June 2020.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HON. MITCHELL D. DEMBIN
　　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE

## STATEMENT OF FACTS

On June 22, 2020 at approximately 00:00, America ALCALA, a Lawful Permanent Resident (LAPR), applied for entry into the United States from Mexico through the San Ysidro Port of Entry in vehicle lane #21. ALCALA was the driver and sole occupant of a 2001 Mitsubishi Galant bearing California license plates.

Customs and Border Protection Officer performing roving pre-primary vehicle operations inspected the vehicle driven by ALCALA. The officer noticed wet stains on the gas tank, tapped the tank and it felt solid. A Canine Enforcement Officer had his Narcotics Detector Dog screen the vehicle with negative results. Customs and Border Protection Officer received two negative customs declarations and escorted the vehicle to the secondary lot.

While in the secondary lot, the gas tank was scoped revealing plastic wrapped packages. Kia Optima was run through the Z-Portal and anomalies were discovered. The packages contained what later field tested positive for methamphetamine. A total of twenty-five (25) packages with a total weight of 12.20 kilograms were found in the gas tank of the vehicle.

ALCALA was placed under arrest at approximately 4:00 AM.

ALCALA was charged with violating 21 USC 952/960 and later booked into the Metropolitan Correctional Center (MCC)(GEO).

1